**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**KARL KEVIN HILL,**

        **Petitioner,**

**v.**                                  **Civil Action No. 2:08CV59**
                                       **Criminal Action No. 2:04CR30**
                                     **(Judge Maxwell)**

**UNITED STATES OF AMERICA,**

        **Respondent.**

## ORDER

It will be recalled that on October 28, 2009, Magistrate Judge John S. Kaull filed his Report and Recommendation, wherein the Petitioner was directed, in accordance with 28 U.S.C. § 636(b)(1), to file with the Clerk of Court any written objections within ten (10) days after being served with a copy of the Report and Recommendation.  On November 25, 2009, Petitioner filed his objections.

Upon examination of the report from the Magistrate Judge, it appears to the Court that Petitioner's motion, which was filed pursuant to 28 U.S.C. §2255, was properly considered by Magistrate Judge Kaull in his Report and Recommendation. Upon consideration of the Petitioner's objections, the Court finds that the Petitioner has not raised any issues that were not throughly considered and addressed by the Magistrate Judge in his Report and Recommendation.  Moreover, the Court, upon an independent <u>de</u> <u>novo</u> consideration of all matters now before it, is of the opinion that the Report and Recommendation accurately reflects the law applicable to the facts and circumstances before the Court in this action.  Therefore, it is

**ORDERED** that Magistrate Judge Kaull's Report and Recommendation be, and the

same hereby is, accepted in whole and that this action be disposed of in accordance with the recommendation of the Magistrate Judge.  Accordingly, it is

**ORDERED** that the Petitioner's §2255 Motion be, and the same hereby is, **DENIED**. It is further

**ORDERED** that Petitioner's Motion For Leave For An Extension of Time To file Objections to Magistrate's Report and Recommendations (Doc. No. 200) be, and then same hereby is, **DENIED** as moot.  It is further

**ORDERED** that the above styled action be, and the same hereby is, **DISMISSED with prejudice** and **STRICKEN** from the docket of this Court.  It is further

**ORDERED** that, pursuant to Rule 11(a) of the Rules Governing Section 2254 and Section 2255 Cases, this Court declines to issue a certificate of appealability as Petitioner has not made a substantial showing of a denial of a constitutional right.  28 U.S.C. §2253(c)(2); Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003) (in order to satisfy §2253(c), a petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong (citing Slack v. McDaniel, 529 U.S. 473, 484 (2000)).

**ENTER:** March 26, 2010

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE